UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60210-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

HANSRUEDI SCHUMACHER, and
MATTHIAS RICKENBACH,
    Defendants.
_____/

### ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

**THIS CAUSE** come before the court upon its own motion. Upon review of the court file, and after having determined the above named defendants to be a fugitive from justice, it is

**ORDERED and ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the above named defendants, to the suspended/fugitive file until such time as they are apprehended.

2. The Clerk of Court is further directed to designate this case, as it pertains to these defendants "closed".

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of December, 2009.

**copy furnished:**
AUSA Jeffrey A. Neiman

                            Daniel T. K. Hurley
                           United States District Judge